437 A.2d 1142

**The Terri Barbara Lashner Memorial Charitable Trust.**

**Sylvia LASHNER, Appellant,**

v.

**Allan N. LASHNER.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1981.

Decided Dec. 17, 1981.

Gary A. Lashner, Albert J. Catalano, Philadelphia, for appellant.

Richard I. Torpey, Philadelphia, for Allan Lashner.

Lawrence Barth, Philadelphia, for Commonwealth for Charities.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## DECREE

PER CURIAM:

Decree affirmed. Each party to bear own costs.